IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JUSTIN DeJUAN WALKER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-3020

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed October 1, 2015.

An appeal from an order of the Circuit Court for Jackson County.
William L. Wright, Judge.

Justin DeJuan Walker, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.